# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151268(80)

MERCANTILE BANK OF MICHIGAN,
　　　　　Plaintiff/Counter-Defendant-
　　　　　Appellee,

v

CLMIA, LLC,
　　　　　Defendant/Third-Party Plaintiff/Cross-
　　　　　Defendant-Appellant,

and

DANIEL B. LONGMAN,
　　　　　Defendant/Third-Party Plaintiff,

and

CLIA, INC.,
　　　　　Defendant,

and

WELLS FARGO BANK, N.A.,
　　　　　Defendant/Counter-Plaintiff/Cross-
　　　　　Plaintiff-Appellee,

and

WELLS FARGO ADVISORS, LLC, WILLIAM
OCKERLUND, and MICHAEL DRIVER,
　　　　　Third-Party Defendants-Appellees,

and

WACHOVIA BANK and WACHOVIA
SECURITIES, LLC,
　　　　　Third-Party Defendants.
_____/

SC: 151268
COA: 316777
Kent CC: 09-001639-CZ

On order of the Chief Justice, the motion for temporary admission under MCR 8.126(A) is GRANTED and the following out-of-state attorneys are admitted for the purpose of appearing on behalf of third party defendants-appellees Wells Fargo Advisors, LLC, William Ockerland and Michael Driver in this case:  Beth A. Black and Steven M. Malina.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2015



Clerk